In the Matter of the Application of JULIUS AUSEREHL, INC., Appellant, for an Order Directing that an Arbitration Proceed between the Said JULIUS AUSEREHL, INC., and KIEBITZ BROS., INC., Respondent, Pursuant to the Provisions of a Written Contract between Said Parties and of the Arbitration Law.— Appeal from an order denying motion for an order directing that an arbitration proceed between the parties pursuant to the provisions of a written agreement and of the Arbitration Law. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

In the Matter of the Application of FLUSHING EVENING JOURNAL PUBLISHING Co., INC., to Compel KATE J. DOUBLEDAY and Another, as Executors, etc., of KATHERINE A. BAILEY, Deceased, Respondents, to Pay the Claim of Said Petitioner against the Estate of Said Decedent. FLUSHING EVENING JOURNAL PUBLISHING Co., INC., as Assignee of NEWSPAPER HOLDING CORPORATION, Appellant.— Order of the Surrogate's Court of Queens county, fixing upon the basis of quantum meruit the amount of compensation to a newspaper publisher for publishing a notice to creditors to present claims against a decedent's estate affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

In the Matter of the Application of the COUNTY OF PUTNAM by Its BOARD OF SUPERVISORS for the Appointment of Three Commissioners of Appraisal to Ascertain and Determine the Compensation to Be Paid to the Owners of Lands to Be Acquired for Highway Improvement as Provided in the Highway Law. THE NEW YORK CENTRAL RAILROAD COMPANY and Others, Appellants; BOARD OF SUPERVISORS OF PUTNAM COUNTY, Respondent.— Order of the County Court of Putnam county confirming report of commissioners of appraisal in a condemnation proceeding under the Highway Law, necessitated by the reconstruction and relocation of a county highway in Putnam county, unanimously affirmed, with costs. No opinion. Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.